RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: russell@humphreylawgroup.net

Attorney for Plaintiff
FRANCISCA MORALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>PLAINTIFF,<br><br>v.<br><br>LITTLE MADFISH, et al.<br>DEFENDANTS. | Case No. 3:16-cv-5480<br><br>**NOTICE OF SETTLEMENT**<br><br>**(FRCP 16)** |

    NOTICE IS HEREBY GIVEN, in accordance with Federal Rule of Civil Procedure 16, that plaintiff FRANCISCA MORALEZ and defendant LITTLE MADFISH have entered into a settlement agreement.

    Plaintiff and defendant agreed to settle this civil matter.  The parties will prepare and execute a settlement agreement on or before May 3, 2017.  Plaintiff expects the agreement will be fully executed on or before May 17, 2017.  After the agreement is fully fulfilled, plaintiff will file a dismissal of the entire action with prejudice within the time frame specified in the local rules.

Notice of Settlement
Moralez v. Little Madfish, et al.

1
2
3
4   Date:   April 23, 2017.
5                                                           /s/  *Russell S. Humphrey*
6
7                                                           _____
8                                                           Russell S. Humphrey, Attorney for Plaintiff

Notice of Settlement
Moralez v. Little Madfish, et al.